JUDGE GRIESA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

      -v.-                       :   08 Cr.

WANDA MARQUEZ,
    a/k/a "Geisha Alomar,"        :

             Defendant.
                               :
- - - - - - - - - - - - - - - - -x

08 CRIM 376

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 25 2008

## COUNT ONE

The Grand Jury charges:

On or about October 12, 1999, in the Southern District of New York and elsewhere, WANDA MARQUEZ, a/k/a "Geisha Alomar," the defendant, unlawfully, willfully, and knowingly did make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for her own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, and did use and attempt to use a passport the issue of which was secured by reason of false statements, to wit, MARQUEZ submitted an application for a United States passport in which she used a false name, date of birth and social security number, caused a passport to be issued in such false name, and then used such passport.

(Title 18, United States Code, Section 1542.)


_____                _____
FOREPERSON                               MICHAEL J. GARCIA
                                                  United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

WANDA MARQUEZ,
a/k/a "Geisha Alomar,"

Defendant.

## INDICTMENT

08 Cr.

(18 U.S.C. § 1542)

---
MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

---

Post It 11/1/87

4/25/08 - Fld. Indictment. Case assigned to Judge Griesa for all purposes. Arrest Warrant Issued.
Eaton, J. U.S.M.J.